COMPLAINT UNDER 42 USC §1983, CIVIL RIGHTS ACT-TDCJ-ID (Rev. 2/08)

**FILED**
SEP 2 5 2015
CLERK, U.S. DISTRICT ___
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS

__ALFONSO BUTLER 0170001__
Plaintiff's Name and ID Number

__MCCLENNAN COUNTY JAIL__
Place of Confinement

CASE NO. __W15CA279__
(Clerk will assign the number)

v.

__MCCLENNAN COUNTY JAIL__   A.B  3201 E. HWY 6  WACO TX 76705
Defendant's Name and Address

__DARNELL MCNAMARA (SHERIFF)__  3201 E. HWY 6  WACO TX 76705
Defendant's Name and Address

__RICKY ARMSTRONG (CAPTAIN JAIL)__  3201 E. HWY 6  WACO TX 76705
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

Your complaint is subject to dismissal unless it conforms to these instructions and this form.

1. To start an action you must file an original ~~and one copy~~ of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the Clerk of the United States Court for the appropriate District of Texas in the Division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. The list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate District Court, the Division and an address list of the Divisional Clerks.

1

**FILING FEE AND IN FORMA PAUPERIS**

1. In order for your complaint to be filed, it must be accompanied by the filing fee of $350.00.

2. If you do not have the necessary funds to pay the filing fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis (IFP)*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six (6) month history of your Inmate Trust Account. You can acquire the application to proceed IFP and appropriate Inmate Account Certificate from the law library at your prison unit.

3. 28 U.S.C. 1915, as amended by the Prison Litigation Reform Act of 1995 (PLRA), provides, "...if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." Thus, the Court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the Court will apply 28 U.S.C. 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your Inmate Account, until the entire $350 filing fee has been paid.

4. If you intend to seek *in forma pauperis* status, then do not send your complaint without an Application to Proceed IFP, and the Certificate of Inmate Trust Account. Complete all the essential paperwork before submitting it to the Court.

5. **The complaint can not exceed 20 pages which includes all attachments.**


**CHANGE OF ADDRESS**

It is your responsibility to inform the Court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion (s) for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuits in state or federal court relating to your imprisonment?    X YES ___ NO

    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1. Approximate date of filing lawsuit: A,B ~~_____~~ 08/2005
        2. Parties to previous lawsuit: A,B
            Plaintiff(s) ~~_____~~ ALFONSO BUTLER
            Defendant(s) CRITTENDEN COUNTY     LITTLE ROCK DISTRICT ?
        3. Court: (If federal, name the district; if state, name the county.) CRITTENDEN COUNTY ARK.
        4. Docket Number: _____

2

5. Name of judge to whom case was assigned: _____

6. Disposition: (Was the case dismissed, appealed, still pending?)
   DISMISSED

7. Approximate date of disposition: 2006

II. PLACE OF PRESENT CONFINEMENT: MCLENNAN COUNTY JAIL

III. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: ALFONSO BUTLER
3201 E. HWY 6, WACO, TX 76705

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: MCLENNAN COUNTY JAIL 3201 E. HWY 6, WACO TX 76705

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
FOOD + UNSANITARY LIVING CONDITIONS GRIEVANCE NON EFFECTIVE

Defendant #2: DARNELL MCNAMIHZA SHERIFF
3201 E. HWY 6 WACO, TX 76705

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
HE IS AWARE OF THE CONDITIONS AND THINGS INMATES ARE SUBJECTED

Defendant #3: RICKY ARMSTRONG CAPTAIN
3201 E. HWY 6 WACO, TX 76705

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
REFUSED TO HONOR REQUESTS AND WAS MADE AWARE OF ISSUES STATED.

Defendant #4: MID-STATE SERVICES (COMMISSARY)
3201 E. HWY 6 WACO TX 76705

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
GIVE INMATES FOOD THAT IS IN DATE BUT CLEARLY OLD

Defendant #5: TRINITY (KITCHEN SERVICES)
3201 E. HWY 6 WACO TX 76705

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
GIVE US MEAT THAT SAYS "NOT FOR HUMAN CONSUMPTION. ARTIFICIAL SUGAR IS HARMFUL TO US. PEANUT BUTTER HAS COTTON SEED OIL. PHENYLALANINE, PHENYLKETONURICS UNEQUAL PORTIONS

3

IV. **STATEMENT OF CLAIM:**

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember that the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

THE ARTIFICIAL SUGAR IS HARMFUL PHENYLKETONURICS PHENYLALANINE THE MEAT CLEARLY STATES NOT FOR HUMAN CONSUMPTION ON PACKAGES. PEANUT BUTTER HAS COTTON SEED OIL WHICH IS HARMFUL. WE ARE NOT GIVEN EQUAL PORTIONS OF FOOD OFFICERS ARE NOTIFIED BUT IGNORE US BY VERBAL AND WRITTEN GRIEVANCE. THIS GOES ALSO FOR THE FOOD AND MILK TEMPERATURE. THE COMMISSARY IS STALE AND HARD. THE PRODUCT SOLD ARE BELOW QUALITY AS FAR AS FRESHNESS. WE ARE DENIED ACCESS TO THE LAW LIBRARY. THEY HAVE A PARALEGAL SERVICE. THEY WON'T GIVE WHAT YOU ASK FOR. RESEARCH IS INHIBITED DUE TO LACK OF BEING ABLE TO PHYSICALLY GO.

**RELIEF:** State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

MAKE THIS COUNTY (JAIL) HUMANE, ~~____~~ AND JUST FOR INCARCERATED AMERICAN CITIZENS.

V. **GENERAL BACKGROUND INFORMATION:**

A. State, in complete form, all names you have ever used or been known by including any and all aliases:
ALFONSO BUTLER JR.

B. List all TDCJ-ID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you, if known to you.

VI. **SANCTIONS:**

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?   ___YES  X NO

B. If your answer is "yes", give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that imposed sanctions (if federal, give the district and division): _____
   2. Case Number: _____
   3. Approximate date sanctions were imposed: _____
   4. Have the sanctions been lifted or otherwise satisfied?   ___YES  ___NO

4

THERE IS MOLD AND RUST IN ALL CELL BLOCKS, BATHROOM AND SHOWER AREAS. DRAIN DO NOT DRAIN PROPERLY, THE VENTICATION HAS NOT BEEN SERVICED IN OVER 30 DAYS. ALLERGENS ARE ALL IN THE AIR, WE ONLY GET CLEANING SUPPLIES ONCE A DAY. OUR EATING AREAS ARE UNSANITARY. WE HAVE PESTS IN OUR CELLS, NO PEST CONTROL HAS BEEN AROUND IN ATLEAST 30 DAYS. THE PASSAGE IN WHICH OUR TRAYS PASS, NEVER GETS CLEANED OR SANITIZED. THE GUARDS NOR TRUSTEES WEAR HAIR NETS OR A COVERING FOR THEIR MOUTHS, I HAVE COMPLAINED TO OFFICER KRITZER FOR SPITTING IN OUR FOOD. HE HAD ME MOVED, BASICLY RETALIATED AGAINST ME FOR GRIEVING THE SITUATION. GRIEVANCES ARE SOMETIMES ANSWERED AND SOMETIMES GIVEN. THIS GOES FOR REQUESTS ALSO. WE MUST TELL OFFICERS WHY WE WANT TO GRIEVE. THIS LEAVES THE INMATE OPEN TO RETALIATION. THE GRIEVANCE PROCESS AT MCLENNAN COUNTY DOESN'T WORK.

C. Has any court ever warned or notified you that sanctions could be imposed?  ____ YES  _X_ NO

D. If your answer is "yes", give the following information for every lawsuit in which warning was imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed warning (if federal, give the district and division): _____

2. Case Number: _____

3. Approximate date warnings were imposed: _____

Executed on: __9/22/15__
             (DATE)

_____
(Signature of plaintiff) Alfonso Butler Jr.

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand if I am released or transferred, it is my responsibility to keep the Court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand that I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions in a Court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire $350 filing fee and costs assessed by the Court, which shall be deducted in accordance with the law from my inmate account by my custodian until the filing fee is paid.

Signed this __22__ (Day) day of __SEPTEMBER__ (month), 20 __15__ (year).

_____
(Signature of plaintiff) Alfonso Butler

**WARNING:** The Plaintiff is hereby advised any false or deliberately misleading information provided in response to the following questions will result in the imposition of sanctions. The sanctions the Court may impose include, but are not limited to monetary sanctions and/or the dismissal of this action with prejudice.

NAME Alfonso Butler
CID# 17001
McLennan County Jail
3201 E. Hwy. 6
Waco, Texas 76705

CB 9-20-15
E6

LEGAL

U.S. DISTRICT COURT
800 FRANKLIN AVE, RM 380
WACO, TX
76705